UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-11-105 |
| | § | |
| ALFREDO GARZA JR | § | |

## ORDER OF DISMISSAL
## AND
## FINAL JUDGMENT

ON THIS DAY, came on to be considered the Plaintiff's, USA's, Motion to Dismiss claim Against Alfredo Garza Jr. without Prejudice to USA's right to refile same. (D.E. 4). The Court notes that Plaintiff's attorneys announced that it has been unsuccessful in locating and serving the Defendant, and that said Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and fees assessed against the party incurring same.

The Court hereby enters FINAL JUDGMENT dismissing this case without prejudice.

SIGNED and ORDERED this 3rd day of May, 2011.

_____
Janis Graham Jack
United States District Judge